■ KARAN G. GORMAN, Appellant, v BRIAN F. GORMAN, Respondent.—In an action for a divorce and ancillary relief, the plaintiff wife appeals, as limited by her brief, from so much of an order of the Supreme Court, Suffolk County (Fierro, J.), entered October 28, 1986, as denied her application for temporary maintenance.

Ordered that the order is affirmed insofar as appealed from, with costs.

On the record before us, the Supreme Court did not abuse its discretion in granting the plaintiff wife $225 per week in child support for her three children but denying her temporary maintenance. We note, too, that the trial is now scheduled for January 1988. Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.

■ GULL STEEL CORPORATION, Appellant, v RO CONTRACTING CORP. et al., Defendants, and LAMAR LIGHTING CO., INC., et al., Respondents.—Appeal by the plaintiff from so much of an order of the Supreme Court, Nassau County, dated December 3, 1986, as denied those branches of its motion which were to amend the complaint insofar as it is asserted against the defendants Lamar Lighting Co. Inc., Kugel and Goldstein on the ground that the proposed amended complaint failed to state a cause of action against them.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Harwood at the Supreme Court. Mangano, J. P., Thompson, Bracken and Weinstein, JJ., concur.